# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEVON WATSON,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WETZEL and GEORGE LITTLE,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　No. 2:23-cv-3246<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 12th day of December, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, *see* ECF No. 55, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all counts;

3. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge